1  MORGAN, LEWIS & BOCKIUS LLP
   JOAN M. HARATANI, State Bar No. 118221
2  THOMAS R. GREEN, State Bar No. 203480
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: tgreen@morganlewis.com
5
   Attorneys for Plaintiff
6  Rebecca T. Shumye

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | Rebecca T. Shumye,           | Case No. C 06-3322 (MJJ)
13 |          Plaintiff,          | **STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT FOR BREACH OF AFFIDAVIT OF SUPPORT**
14 |     vs.                      |
15 | Samuel D. Felleke,           |
16 |          Defendant.          |

17

18     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19 attorneys of record that plaintiff may file an Amended Complaint, a copy of which is attached

20 hereto as Exhibit 1.

21     IT IS FURTHER STIPULATED that the defendant waives notice and service of the

22 Amended Complaint and shall not be required to answer the amendment, and that all denials,

23 responses and affirmative defenses contained in the answer filed by defendant to the original

24 complaint shall be responsive to the amended complaint. Defendant does not waive any other

25 rights he may have by entering into this stipulation. Counsel for defendant has concurred in the

26 filing of this stipulation.

27 ///

28 ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1
STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT (C 06-3322 (MJJ))

1-SF/7564807.1

| | | |
|---|---|---|
| 1 | Dated: June _____, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By _____/s/ Thomas Green_____ |
| 4 | | Thomas Green<br>Attorneys for Plaintiff<br>Rebecca T. Shumye |
| 5 | | |
| 6 | | |
| 7 | Dated: June _____, 2007 | LAW OFFICES OF TESFAYE TSADIK |
| 8 | | |
| 9 | | By _____/s/ Tesfaye Tsadik_____ |
| 10 | | Tesfaye Tsadik<br>Attorneys for Defendant<br>Samuel D. Felleke |

Dated 6/29/2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Martin J. Jenkins

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7564807.1

2
STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT (C 06-3322 (MJJ))