**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA T SHUMYE,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL D FELLEKE,<br><br>    Defendant. | No. C06-03322 MJJ<br><br>**ORDER (1) DESIGNATING AFFIDAVIT BY SHUMYE REGARDING WITHDRAWAL OF COUNSEL AS *IN CAMERA* SUBMISSION AND (2) GRANTING SHUMYE'S REQUEST FOR WITHDRAWAL OF COUNSEL** |

### INTRODUCTION

On August 15, 2007, Plaintiff Rebbecca T. Shumye ("Shumye") manually filed with this Court a document entitled "Substitution of Attorney" seeking to have her current counsel, Thomas Green ("Green"), of Morgan Lewis and Bockius LLP, withdrawn as her counsel so that she can proceed as a *pro se* litigant. In support of her request, Shumye simultaneously filed an "Affidavit of Facts of Plaintiff On Assigned Probono Attorney By The Court" detailing the reasons that Shumye desires to no longer be represented by counsel. No proof of service is attached to either document. On August 22, 2007, Green e-filed a statement of non-opposition to Shumye's request.

Having reviewed the "Affidavit of Facts of Plaintiff On Assigned Probono Attorney By The Court." filed by Plaintiff, the Court finds that the affidavit describes communications between Shumye and Green that are, on their face, protected by the attorney-client privilege. The Court therefore **ORDERS** that the document entitled "Affidavit of Facts of Plaintiff On Assigned Probono Attorney By The Court", filed on August 15, 2007, be treated as an *in camera* submission to this

Court. The Clerk of the Court is **DIRECTED** to remove said document from the public court file. Said document shall not be disclosed to the public or to any other party in this matter absent a further order of the Court.

The Court further **ORDERS** that document filed by Shumye on August 15, 2007 entitled "Substitution of Attorney" shall remain in the public court file.

Good cause appearing therefor, the Court also **GRANTS** Shumye's request to have her counsel withdrawn and to proceed *pro se* in this action. All further pleadings shall be served on Shumye by mail at the mailing address identified in her August 15 filing:

> Rebecca T. Shumye
> 5351 Telegraph Ave. Apart # 103
> Oakland, CA 94609
> Tel: (510) 302-9278

The Clerk is **DIRECTED** to serve a copy of this Order on Shumye by mail.

**IT IS SO ORDERED.**

Dated: 8/22/2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2