IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA T. SHUMYE, | No. C-06-3322 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S APPLICATION FILED MAY 22, 2008** |
| v. | |
| SAMUEL D. FELLEKE, | |
| Defendant       / | |

Before the Court is plaintiff Rebecca T. Shumye's "Application to Stop Unlawful (Illegal) Settlement," filed May 22, 2008, by which plaintiff seeks "protection from the court" and an order imposing "sanctions." Defendant Samuel D. Felleke has filed a Response thereto, along with a declaration.

Having read and considered the parties' respective submissions, the Court finds plaintiff has failed to show good cause for the relief requested, and, accordingly, the application is hereby DENIED.

**IT IS SO ORDERED.**

Dated: May 30, 2008

MAXINE M. CHESNEY
United States District Judge