**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA T SHUMYE, | No. C-06-03322 (EDL) |
| Plaintiff, | **ORDER SHORTENING TIME ON DEFENDANT'S MOTION TO COMPEL** |
| v. | |
| SAMUEL D FELLEKE, | |
| Defendant. | |

In September 2007, all discovery matters in this case were referred to this Court. On June 20, 2008, Defendant filed a "Motion to Compel Plaintiff's Attendance of Deposition and Production of Record and For Sanction" and an application for an order shortening time on that motion, in light of the June 27, 2008 fact discovery cut-off. IT IS HEREBY ORDERED that the application to shorten time is GRANTED as follows. Plaintiff may file an opposition to the motion to compel no later than June 27, 2008. The Court will hold a hearing on Defendant's Motion to Compel on July 1, 2008 at 9:30 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 24, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge