IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA T. SHUMYE, | No. C 06-3322 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE LAPORTE DEFENDANT'S MOTION TO COMPEL AND EX PARTE APPLICATION FOR ORDER SHORTENING TIME** |
| v. | |
| SAMUEL D. FELEKE, | |
| Defendant / | |

Pursuant to Civil Local Rule 72-1, defendant's "Motion to Compel Attendance of Deposition and Production of Record and for Sanction," filed June 20, 2008, and defendant's "Ex Parte Application for Order Shortening Time," also filed June 20, 2008, are hereby REFERRED to Magistrate Judge Elizabeth D. Laporte, to whom all discovery matters previously were referred.

The parties will be advised of the next appearance, if any, by Judge Laporte's chambers.

**IT IS SO ORDERED**.

Dated: June 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge