IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA T. SHUMYE, | No. C-06-3322 MMC |
| Plaintiff, | **ORDER RE: PLAINTIFF'S CASE MANAGEMENT STATEMENT** |
| v. | |
| SAMUEL D. FELLEKE, | |
| Defendant / | |

The Court is in receipt of plaintiff Rebecca T. Shumye's Case Management Statement, filed July 10, 2008.

On the first page of the Statement, plaintiff references a July 17, 2008 date for a Case Management Conference, and, in an exhibit attached to the Statement, plaintiff references a July 19, 2008 date for a Case Management Conference. No Case Management Conference has been scheduled for either July 17, 2008 or July 19, 2008, and plaintiff need not appear on either date.

Plaintiff is advised that the Court has scheduled a Pretrial Conference for August 19, 2008, at 3:00 p.m., and such date remains as scheduled.

**IT IS SO ORDERED.**

Dated: July 11, 2008

MAXINE M. CHESNEY
United States District Judge