IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA T SHUMYE,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL D FELLEKE,<br><br>    Defendant.<br>_____/ | No. C-06-03322 MMC (EDL)<br><br>**ORDER RE "PLAINTIFF'S OPPOSITION TO THE MOTION TO COMPEL AND MOTION TO STRIKE FOR PRODUCTION OF RECORD AND SANCTION BY DEFENDANT"** |

On July 3, 2008, this Court granted in part Defendant's motion to compel Plaintiff's deposition attendance and production of documents. Plaintiff neither filed a timely opposition to that motion nor appeared at the hearing. Later that same date, Plaintiff filed an opposition to that motion, in which she also requested sanctions. Plaintiff's request for sanctions is DENIED. The Court has considered Plaintiff's opposition, which does not affect the Court's July 3, 2008 Order.

**IT IS SO ORDERED.**

Dated: July 21, 2008

                                         ELIZABETH D. LAPORTE
                                         United States Magistrate Judge