IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA T. SHUMYE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL D. FELLEKE,<br><br>　　　　Defendant<br>　　　　　　　　　　　　　　／ | No. C-06-3322 MMC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO RESET HEARING; CONTINUING HEARING ON PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

　　Before the Court is defendant's "Request to Reset the Hearing on Order to Show Cause," filed September 12, 2008.

　　Good cause appearing, defendant's request is hereby GRANTED, and the hearing on plaintiff's response to the Court's order to show cause is CONTINUED from September 30, 2008 to Monday, October 6, 2008, at 10:00 a.m.

　　**IT IS SO ORDERED.**

Dated: September 16, 2008

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge