IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REBECCA T. SHUMYE,

        Plaintiff,

v.

SAMUEL D. FELLEKE,

        Defendant.

No. CV-06-3322 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED with prejudice, pursuant to Rules 37(b) and 41(b) of the Federal Rules of Civil Procedure.

Dated: October 21, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk